UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BAY VIEW COMMERCIAL LEASING, INC. | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| v. | : | 3-00-cv-894 (JCH) |
| | : | |
| PATRICK GLENN, ET AL | : | OCTOBER 16, 2003 |
| Defendants | : | |

### ORDER TO SHOW CAUSE

Defendant Ronald Schueler is hereby Ordered to Show Cause why the Motion to Withdraw Appearance [Dkt. No. 21] should not be granted.

Failure to respond to this Order or to object to the Motion to Withdraw Appearance by November 5, 2003 will likely result in the granting of this Motion to Withdraw. Failure thereafter to file a pro se appearance or to cause another attorney to file an appearance by December 1, 2003 will likely result in the denial of defendant Schueler's Motion to Vacate Judgment.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 16th day of October, 2003.

_____
Janet C. Hall
United States District Judge