UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BAY VIEW COMMERCIAL LEASING, INC. | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:00 CV 894 (JCH) |
| VS. | : | |
| PATRICK GLENN, MICHAEL GLENN AND RONALD R. SCHUELER | : | |
| Defendants. | : | |
| | : | OCTOBER 24, 2003 |

### DECLARATION OF DAVID M. BIZAR

David M. Bizar, being first duly sworn, deposes and says:

1. I am over the age of 18 and believe in the obligations of an oath.

2. I am an associate with the law firm of Day, Berry & Howard LLP, counsel to Ronald R. Schueler ("Schueler") in the above captioned action.

3. I have personal knowledge of the matters set forth in this Declaration and make the following declarations to the best of my knowledge and belief.

4. On October 3, 2003, I caused to be mailed to the defendant, Mr. Ronald R. Schueler, by certified mail, return receipt requested, a copy of the undersigned counsel's Motion to Withdraw Appearance, Memorandum of Law In Support of the Motion, and Declaration. A copy of the certified mail receipt is attached hereto as "Exhibit A." As of the date of this Declaration, the undersigned has not received the signature card back from the Post Office.

5. Also on October 3, 2003, I caused to be mailed to Mr. Scott Kapp, Esq. ("Kapp") of the Chicago office of Arnstein & Lehr, by first class mail, postage prepaid, copies of the aforementioned pleadings. Arnstein & Lehr engaged Day, Berry & Howard, LLP on Mr. Schueler's behalf for these proceedings, and Mr. Kapp has been Arnstein & Lehr's primary contact with Day, Berry & Howard, LLP throughout these proceedings.

5. On October 16, 2003, the Court, Hall, J., issued an Order to Show Cause why the Motion to Withdraw Appearance should not be granted, which was thereafter served on the undersigned as counsel for the defendant, Mr. Schueler.

6. Pursuant to D. Conn. L. Civ. R. 7(e), on October 24, 2003, I caused copies of the Order to Show Cause, Motion to Withdraw, and Declaration to be served on Mr. Schueler by overnight mail for Monday delivery. A complete copy of this mailing is attached hereto as "Exhibit B." On said date, I further caused copies of the foregoing to be served on Mr. Kapp by overnight mail for Monday delivery.

7. To this date, Schueler has not returned a signed engagement letter or made any payments to Day, Berry. Further, neither Schueler nor Mr. Kapp have contacted the undersigned regarding the Motion to Withdraw.

8. This concludes my Declaration.

_____
David M. Bizar

Subscribed and sworn to before me
this 24th day of October, 2003.

_____

Commissioner of the Superior Court

-4-

  THIS IS TO CERTIFY that a copy of the foregoing was sent via overnight mail, for Monday delivery, this 24th day of October, 2003 to:

 Ronald R. Schueler
 3201 Camino Sin Nombre
 Paradise Valley, AZ 85253

 Scott Kapp, Esq.
 Arnstein & Lehr
 120 South Riverside Plaza - Suite 1200
 Chicago, IL  60606-3910   David M. Bizar

  THIS SHALL FURTHER CERTIFY that a copy of the foregoing was sent via first class mail, postage prepaid, this 24th day of October, 2003 to:

 Dominic Fulco, III, Esq.
 Michael T. Wade
 Reid & Riege, P.C.
 One State Street, 18th Floor
 Hartford, CT 06103-3185

          David M. Bizar