## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BAY VIEW COMMERCIAL LEASING, INC. | : | **Civil Action No.** |
| | : | **3:CV0894(JCH)** |
| v. | : | |
| | : | |
| PATRICK GLENN, MICHAEL GLENN, and RONALD R. SCHUELER | : | **October 30, 2003** |

### MOTION FOR ENLARGEMENT OF TIME UPON CONSENT

Pursuant to Rule 9(a)1 of the Local Rules of Civil Procedure, undersigned counsel of record for Plaintiff Bay View Commercial Leasing, Inc. ("Bay View") in the above-captioned action hereby moves for an order of this Court enlarging the time until December 19, 2003 to respond to Defendant Ronald Schueler's Motion to Vacate Judgment dated August 12, 2003 (the "Schueler Motion"). In support of this motion, the undersigned represents as follows:

1. Bay View has transferred the Judgment to a third party (the "New Owner").

2. On October 3, 2003, this Court granted Bay View's motion for enlargement of time, extending through October 31, 2003 the date by which a response to the Schueler Motion had to be filed with the Court.

3. The parties have been discussing a resolution of the Schueler Motion.

4. In light of the discussions, the New Owner wishes to have additional time to respond to the Schueler Motion.

5. Undersigned counsel has contacted Illinois counsel for Defendant Ronald Schueler, Scott Kapp, Esq. of Arnstein & Lehr, who consents to the enlargement of time sought in this

19551.000/344040.1

1

motion.

6.   Pursuant to this Court's Order to Show Cause (the "Order") dated October 16, 2003,

Mr. Schueler has until November 5, 2003 to respond to the Order or file an objection to the

Motion to Withdraw Appearance filed by Attorney David M. Bizar of Day Berry & Howard

LLP.  The Court has also set a date of December 1, 2003 for Mr. Schueler to file a pro se

appearance or another attorney to file an appearance.

7.   This is the third motion requesting an extension of time addressed to the Schueler

Motion.

**WHEREFORE**, it is respectfully requested that this Court enter an order enlarging the

time by which a response must be filed to the Schueler Motion to and including December 19,

2003.

PLAINTIFF
BAY VIEW COMMERCIAL LEASING, INC.

By_____
Dominic Fulco III (ct06494)
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103
(860) 278-1150

19551.000/344040.1

2

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid on this 30th day of October, 2003:

David M. Bizar, Esq.
Day Berry & Howard LLP
CityPlace I
Hartford, CT  06103

Scott Kapp, Esq.
Arnstein & Lehr
120 S. Riverside Plaza
Suite 1200
Chicago, IL  60606

Dominic Fulco III

19551.000/344040.1

3