# 26

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 OCT 31  A 10: 01

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| BAY VIEW COMMERCIAL LEASING, INC. | : |
| | : Civil Action No. |
| | : 3:CV0894(JCH) |
| v. | : |
| | : |
| PATRICK GLENN, MICHAEL GLENN, and RONALD R. SCHUELER | : October 30, 2003 |

## MOTION FOR ENLARGEMENT OF TIME UPON CONSENT

Pursuant to Rule 9(a)1 of the Local Rules of Civil Procedure, undersigned counsel of record for Plaintiff Bay View Commercial Leasing, Inc. ("Bay View") in the above-captioned action hereby moves for an order of this Court enlarging the time until December 19, 2003 to respond to Defendant Ronald Schueler's Motion to Vacate Judgment dated August 12, 2003 (the "Schueler Motion"). In support of this motion, the undersigned represents as follows:

1. Bay View has transferred the Judgment to a third party (the "New Owner").

2. On October 3, 2003, this Court granted Bay View's motion for enlargement of time, extending through October 31, 2003 the date by which a response to the Schueler Motion had to be filed with the Court.

3. The parties have been discussing a resolution of the Schueler Motion.

4. In light of the discussions, the New Owner wishes to have additional time to respond to the Schueler Motion.

5. Undersigned counsel has contacted Illinois counsel for Defendant Ronald Schueler, Scott Kapp, Esq. of Arnstein & Lehr, who consents to the enlargement of time sought in this

19551.000/344040.1

1

**MOTION GRANTED.**  **SO ORDERED.**  /s/ Janet C. Hall, U.S.D.J. 11/4/03

FILED 2003 NOV -4 P 12:28 US DISTRICT COURT BRIDGEPORT CT