FILED

2003 OCT -6  A 9:42

US DISTRICT
BRIDGEP...

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BAY VIEW COMMERCIAL LEASING, INC. | : CIVIL ACTION NO. |
| Plaintiff, | : |
| VS. | : 3:00 CV 894 (JCH) |
| PATRICK GLENN, MICHAEL GLENN AND RONALD R. SCHUELER | : |
| Defendants. | : |
| | : OCTOBER 3, 2003 |

### MOTION TO WITHDRAW APPEARANCE

Attorney David M. Bizar of Day, Berry & Howard, LLP ("Day, Berry"), hereby moves pursuant to D. Conn. L. Civ. R. 7(e) to withdraw his appearance for defendant Ronald R. Schueler ("Schueler") in the above-captioned matter.

The reasons for the requested withdrawal of appearance are that: (1) Schueler has failed to sign and return the two engagement letters sent to him by Day, Berry; (2) Schueler has failed and refused to pay the legal fees for services provided by Day, Berry and expenses incurred by Day, Berry in connection with this matter; (3) Schueler has not responded to recent efforts to communicate with him and, therefore, there has been a breakdown of communication between attorney and client; and (4) Day, Berry has advised Schueler and his Chicago counsel that it would seek to withdraw if the issues described above were not resolved and Schueler has not responded or addressed any of these issues.

**ORAL ARGUMENT REQUESTED**

[Handwritten margin notes:]
Motion to Withdraw is granted. Schueler is advised to file an appearance pro se or by an attorney no later than Nov. 24, 2003. Failure to do so will result in default upon motion to default for failure to appear.

SO ORDERED.
/s/ JCH [illegible] 11/11/03

[Additional handwritten note at top left:] Defendant has been filed, no objection