UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BAY VIEW COMMERCIAL LEASING, INC. : | Civil Action No. |
| : | 3:00CV894(JCH) |
| v. : | |
| : | |
| PATRICK GLENN, MICHAEL : | |
| GLENN, and RONALD R. SCHUELER : | DECEMBER 8, 2003 |

### MOTION FOR DEFAULT FOR FAILURE TO APPEAR
### AND TO DISMISS MOTION TO VACATE JUDGMENT

Undersigned counsel of record for Plaintiff Bay View Commercial Leasing, Inc. ("Bay View") in the above-captioned action hereby moves for an order: (i) defaulting Defendant Ronald Schueler ("Defendant Schueler") for his failure to appear and (ii) dismissing Defendant Schueler's Motion to Vacate Judgment dated August 12, 2003. In support of this motion, the undersigned represents as follows:

1. On October 16, 2003, this Court (Hall, J) entered an Order to Show Cause ordering Defendant Schueler to file a pro se appearance or another attorney to file an appearance by December 1, 2003. The Court further ordered that Defendant Schueler's failure to do so would likely result in the denial of Defendant Schueler's Motion to Vacate Judgment dated August 12, 2003.

2. On November 11, 2003, this Court (Hall, J) granted Day, Berry & Howard's Motion to Withdraw Appearance on behalf of Defendant Schueler. Further, the Court ordered Defendant Schueler to file an appearance pro se or by an attorney no later than November 24, 2003 and his

failure to do so would result in a dismissal upon a motion for default being filed.

3. As of this date, Defendant Schueler has failed to file a pro se appearance or cause an appearance to be filed by an attorney on behalf of Defendant Schueler.

4. Bay View requests that this Court enter an order defaulting Defendant Schueler for his failure to appear and denying Defendant Schueler's Motion to Vacate Judgment.

5. By Order dated November 4, 2003, this Court granted an extension of time until December 19, 2003 for Bay View to respond to Defendant's Motion to Vacate Judgment. In the event that the Court does not grant the relief requested in this Motion, Bay View requests an additional thirty (30) days to respond on the merits of Defendant Schueler's Motion to Vacate Judgment.

**WHEREFORE**, it is respectfully requested that this Court default Defendant Ronald Schueler for his failure to appear and dismiss Defendant Schueler's Motion to Vacate Judgment dated August 12, 2003.

PLAINTIFF
BAY VIEW COMMERCIAL LEASING, INC.

By_____
Dominic Fulco III (ct06494)
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103
(860) 278-1150

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid on this 8th day of December, 2003:

Ronald R. Schueler
3201 Camino Sin Nombre
Paradise Valley, AZ 85253

with a courtesy copy to non-appearing counsel for Ronald Schueler:

Scott R. Kapp, Esq.
Arnstein & Lehr
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606-3910

Dominic Fulco III