UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BAY VIEW COMMERCIAL LEASING, INC. | : : | |
| Plaintiff | : : | CIVIL ACTION NO. 3-00-cv-894 (JCH) |
| v. | : : | |
| PATRICK GLENN, ET AL Defendants | : : | JANUARY 8, 2004 |

## RULING

On June 29, 2001, judgment entered in this case based upon the court's grant of a Motion for Entry of Judgment. [Dkt. No. 14]. On August 12, 2003, defendant, Ronald R. Schueler ("Schueler"), filed a Motion to Vacate Judgment through counsel. [Dkt. No. 16]. In that motion, Schueler claimed that he never received service and that the person upon whom service was made was not authorized to accept service.[1]

On October 3, 2003, Schueler's counsel filed a Motion to Withdraw Appearance. [Dkt. No. 21]. The court issued an Order to Schueler, directing him to show cause why the Motion to Withdraw should not be granted and advising him that, if the Motion was granted, he would need to file a pro se appearance or cause another attorney to appear. [Dkt. No. 24]. The court also advised Schueler that "failure to file a pro se appearance or

---

[1] The process server represented on his return that that person was authorized to accept service.

to cause another attorney to file an appearance by December 1, 2003 will likely result in the denial of Schueler's Motion to Vacate." Id. Schueler has not responded to the Motion to Withdraw or the Order to Show Cause.

The plaintiff has not responded to the Motion to Vacate the Judgment, having moved for an extension of time on October 31, 2003. {Dkt. No. 26]. The plaintiff sought, and obtained, leave of this court to continue its response until December 19, 2003. On December 10, 2003, the plaintiff's Motion for Default for Failure to Appear and to Dismiss Motion to Vacate Judgment was docketed. [Dkt. No. 29].

In light of the failure of Schueler to respond to either the Motion for Default or to Dismiss Motion to Vacate Judgment, or to file a pro se appearance or cause a substitute attorney appearance to be filed, the court grants the plaintiff's Motion for Default for Failure to Appear [Dkt. No. 29-1], which effectively moots Schueler's Motion to Vacate the Judgment, [Dkt. No. 16] and plaintiff's Motion to Dismiss Motion to Vacate Judgment [Dkt. No. 29-2].

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 8th day of January, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge

- 2 -